PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* MOISÉS
CARRIÓN, Defendant and Appellant.

Nos. 6680 and 6681. Argued December 3, 1937.—Decided December 23, 1937.

*Carlos H. Juliá* for appellant. *R. A. Gómez, Prosecuting Attorney,*
for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

In these cases there was evidence tending to show that
the defendant, Moisés Carrión, met the prosecuting witness,
Segundo Vázquez, on a street in the town of Loíza, and after
an exchange of words which are unimportant, produced a
revolver and fired three shots at Vázquez without injuring
him. When the police arrived, Carrión had disappeared
and it was impossible to locate the alleged weapon. These
facts appear from the testimony of Segundo Vázquez. Ca-
rrión was convicted of aggravated assault and of carrying a
prohibited weapon. On appeal to this court, his sole objec-
tion is to the weighing of the evidence by the lower court.

The finding of the trial judge was based practically only
on the testimony of the prosecuting witness. Although he
was the injured party and his testimony should be carefully
analyzed by a trial court, we are not disposed to reverse the
decision of that tribunal with regard to his credibility. The
evidence is perhaps not as strong as might be imagined, but
there is enough in the record to support the judgment of the
lower court in both appeals.

The judgment should be affirmed.

Mr. Chief Justice Del Toro and Mr. Associate Justice Cór-
dova Dávila took no part in the decision of this case.